IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-9 |
| v. | ) | 3:09-cr-00240-17 |
| | ) | Judge Nixon |
| CECIL WHITMON, III; LEONARD BAUGH | ) | |

## ORDER

Pending before the Court are Defendants Cecil Whitmon, III and Leonard Baugh's Motions for Leave to Join and Adopt Certain Pretrial Motions ("Motions to Adopt"). (Doc. Nos. 1714; 1726.) Specifically, Mr. Whitmon and Mr. Baugh request to join the following motions filed by Defendants Antonio Lee and Paul McQuiddy: Motion to Allow an Objection Made by Any Defendant to be an Objection Made by All Defendants (Doc. No. 1620); Motion in Limine to Prevent the Government from Referring to the Defendants in the Collective (Doc. No. 1621); Motion to Not Designate the Alternate Jurors as "Alternate Jurors" (Doc. No. 1622); Motion to Permit Defense Attorneys to Choose Order of Presentation (Doc. No. 1701); Motion to Prevent Jury from Knowing Defendants are in Custody, in Shackles, or Otherwise not at Liberty (Doc. No. 1702); Motion to Prevent Introduction of Evidence that was not Properly Disclosed by the Government Prior to Trial (Doc. No. 1703); Motion to Require that the only Evidence Presented come from the Witness Stand and to Prohibit Courtroom "Displays" (Doc. No. 1705); Motion to Prohibit Presentation of Telephone Transcripts to the Jury (Doc. No. 1706); and Motion to Late File Proposed Jury Instructions and Proposed Verdict Form (Doc. No. 1707). (*Id.*) The motions listed in the Motions to Adopt are all currently pending before the Court.

The arguments made by Mr. Lee and Mr. McQuiddy in their motions apply equally to Mr. Whitmon and Mr. Baugh. (*See* Doc. Nos. 1620–22; 1701–03; 1705–07.) Accordingly, the

1

Court **GRANTS** the Motions to Adopt (Doc. Nos. 1714; 1726) with respect to the above-named motions filed by Mr. Lee and Mr. McQuiddy (Doc. Nos. Doc. Nos. 1620–22; 1701–03; 1705–07).

It is so ORDERED.

Entered this the 24th day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT