# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:09-cr-00240-9 |
| ) | Judge Trauger |
| ) | |
| CECIL WHITMON III ) | |

## ORDER

A hearing was held on the Superseding Petition to Revoke Supervision (Docket No. 3093) on October 19, 2017. The parties announced an agreed disposition that is acceptable to the court.

The defendant pled guilty to Violations 1 and 2. It is hereby ORDERED that the defendant shall serve 8 months on home detention, with electronic monitoring, and he shall complete the intensive outpatient program at Samaritan Recovery Community.

It is so **ORDERED**.

ENTER this 19th day of October 2017.

_____
ALETA A. TRAUGER
U.S. District Judge